| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF CARVER | FIRST JUDICIAL DISTRICT<br>Case Type: Other Civil |
| JENNIFER SHAWGO, an individual, JENNIFER SHAWGO BC LLC, a Minnesota limited liability company, MOLLY BJORNLIE, an individual, MOLLY BJORNLIE, LLC, a Minnesota limited liability company, AYESHA DAWLEY, an individual, DAWLEY, LLC, a Minnesota limited liability company, CAITY PIKE, an individual, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTER BRANDS, LLC d/b/a BEAUTYCOUNTER, a California limited liability company, and THE CARLYLE GROUP INC., a Delaware corporation,<br><br>Defendants. | Court File No. 10-CV-23-1035<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT OR STAY AND TO COMPEL ARBITRATION** |

PLEASE TAKE NOTICE that on a date and time to be determined Defendants Counter Brands, LLC d/b/a Beautycounter and The Carlyle Group Inc. will hereby move to dismiss Plaintiffs' First Amended Complaint for lack of personal jurisdiction and to dismiss for failure to state a claim.

Additionally, Defendants Counter Brands, LLC d/b/a Beautycounter and The Carlyle Group Inc. will hereby move to dismiss or stay in favor of arbitration, and to compel arbitration.

The motion is based upon the files, records and proceedings herein and on the memorandum and other papers that will be submitted in accordance with Minnesota General Rule of Practice 115.

Dated: February 5, 2024                    **GREENE ESPEL PLLP**

                                                  s/ Mark L. Johnson
                                                Mark L. Johnson, Reg. No. 0345520
                                                Amran A. Farah, Reg. No. 0395354
                                                222 S. Ninth Street, Suite 2200
                                                Minneapolis, MN 55402
                                                mjohnson@greeneespel.com
                                                afarah@greeneespel.com
                                                (612) 373-0830

                                                Attorneys for Defendants

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that pursuant to Minn. Stat. § 549.211, Subd. 3, sanctions may be imposed if, after notice and a reasonable opportunity to respond, the Court determines that the undersigned has violated the provisions of Minn. Stat. § 549.211, Subd. 2.

                                                s/ Mark L. Johnson
                                                Mark L Johnson