UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JENNIFER SHAWGO, an individual, JENNIFER SHAWGO BC LLC, a Minnesota limited liability company, MOLLY BJORNLIE, an individual, MOLLY BJORNLIE, LLC, a Minnesota limited liability company, AYESHA DAWLEY, an individual, DAWLEY, LLC, a Minnesota limited liability company, CAITY PIKE, an individual, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>COUNTER BRANDS, LLC d/b/a BEAUTYCOUNTER, a Delaware limited liability company, THE CARLYLE GROUP INC., a Delaware corporation, COUNTER BRANDS, INC. d/b/a BEAUTYCOUNTER, a Delaware corporation, G2G NEWCO, INC. d/b/a BEAUTYCOUNTER, a Delaware corporation, and SUSAN GREGG RENFREW, an individual,<br><br>      Defendants. | Case No. 24-cv-00556 (PJS/TNL)<br><br><br><br>**DEFENDANTS COUNTER BRANDS, INC., G2G NEWCO, INC., AND SUSAN GREGG RENFREW'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS, OR TO DISMISS, STRIKE, OR TRANSFER** |

Defendants Counter Brands, Inc., G2G Newco, Inc., and Susan Gregg Renfrew ("Defendants"), by and through their undersigned counsel, hereby move the Court for an order granting Defendants' Motion to Compel Arbitration and Stay Proceedings, or to Dismiss, Strike, or Transfer. This motion is made pursuant to Federal Rules of Civil

Procedure 12(b)(2), 12(b)(3), 12(b)(6), and 12(f), 28 U.S.C. § 1404(b), and the Federal Arbitration Act.  This motion is supported by all files, records, and proceedings herein, including Defendants' supporting memorandum of law, exhibits, and the arguments of counsel.

Dated:  August 16, 2024

**SPENCER FANE LLP**

/s/ *Jessica J. Nelson*
Donald G. Heeman, #286023
Jessica J. Nelson, #347358
Luke J. Wolf, #399986
100 South Fifth Street, Suite 2500
Minneapolis, MN  55402
Telephone: (612) 268-7000
Facsimile: (612) 268-7001
dheeman@spencerfane.com
jnelson@spencerfane.com
lwolf@spencerfane.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Ryan Landes *(pro hac vice)*
865 Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
ryanlandes@quinnemanuel.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Diane M. Doolittle *(pro hac vice)*
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
dianedoolittle@quinnemanuel.com

*Attorneys for Defendants Susan Gregg Renfrew, G2G Newco, Inc., and Counter Brands, Inc.*