# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JENNIFER SHAWGO, an individual, JENNIFER SHAWGO BC LLC, a Minnesota limited liability company, MOLLY BJORNLIE, an individual, MOLLY BJORNLIE, LLC, a Minnesota limited liability company, AYESHA DAWLEY, an individual, DAWLEY, LLC, a Minnesota limited liability company, CAITY PIKE, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTER BRANDS, LLC d/b/a BEAUTYCOUNTER, a California limited liability company, and THE CARLYLE GROUP INC., a Delaware corporation, COUNTER BRANDS, INC. d/b/a BEAUTYCOUNTER, a Delaware corporation, G2G NEWCO, INC. d/b/a BEAUTYCOUNTER, a Delaware corporation, and SUSAN GREGG RENFREW, an individual,<br><br>Defendants. | Case No. 24-cv-00556 (PJS/TNL)<br><br><br><br>**PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST COUNTER BRANDS, LLC d/b/a BEAUTYCOUNTER** |

TO: CLERK OF COURT

Plaintiffs Jennifer Shawgo; Jennifer Shawgo BC LLC; Molly Bjornlie; Molly Bjornlie, LLC; Ayesha Dawley; Dawley, LLC; and Caity Pike, by and through their undersigned counsel,

hereby request entry of default by the Clerk of this Court against Defendant Counter Brands, LLC d/b/a Beautcounter, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

This request is made based upon the declaration of Plaintiffs' counsel, Pamela Abbate Dattilo, attached hereto as **Exhibit A**.

Dated: August 22, 2024

**CROSSCASTLE PLLC**

*/s/ Pamela Abbate Dattilo*
Pamela Abbate Dattilo (MN# 389889)
Samuel W. Diehl (MN# 0388371)
Nicholas J. Nelson (MN# 391984)
Tara Kennedy (MN# 0400320)
Aaron Bostrom (MN# 401773)
14525 Highway 7, Suite #345
Minnetonka, MN 55345
P: (612) 429-8100
F: (612) 234-4766
pamela.dattilo@crosscastle.com
sam.diehl@crosscastle.com
nicholas.nelson@crosscastle.com
tara.kennedy@crosscastle.com
aaron.bostrom@crosscastle.com

*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2024, I caused the above Request for Entry of Default and Exhibit A Declaration in Support of Request for Entry of Default to be served on the following agents and registered agents for Counter Brands, LLC by placing the same for mailing in the United States Mail, via certified mail, return receipt requested, in a sealed envelope on which first class postage was prepaid, addressed to:

Counter Brands, LLC
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

Counter Brands, LLC
c/o Sherwood Consulting (Delaware), LLC as Assignee
c/o Incorp Services, Inc.
131 Continental Drive Suite 301
Newark, DE 19713

Counter Brands, LLC
c/o Sherwood Partners
Michael A. Maidy
3945 Freedom Circle Ste 560,
Santa Clara, CA 95054

Counter Brands, LLC
1733 Ocean Avenue, Suite #325
Santa Monica, CA 90401

Additionally, I sent copies of the above Request for Entry of Default and Exhibit A Declaration in Support of Request for Entry of Default by email to the assignee for Counter Brands, LLC at the email addresses below:

Shareef El Attar, selatter@sherwoodpartners.com
Michael A. Maidy, mmaidy@sherwoodpartners.com

I declare under the penalty of perjury that the foregoing is true and correct,

<i>/s/ Pamela A. Dattilo</i><br>
Pamela A. Dattilo

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JENNIFER SHAWGO, an individual, JENNIFER SHAWGO BC LLC, a Minnesota limited liability company, MOLLY BJORNLIE, an individual, MOLLY BJORNLIE, LLC, a Minnesota limited liability company, AYESHA DAWLEY, an individual, DAWLEY, LLC, a Minnesota limited liability company, CAITY PIKE, an individual, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>COUNTER BRANDS, LLC d/b/a BEAUTYCOUNTER, a California limited liability company, and THE CARLYLE GROUP INC., a Delaware corporation, COUNTER BRANDS, INC. d/b/a BEAUTYCOUNTER, a Delaware corporation, G2G NEWCO, INC. d/b/a BEAUTYCOUNTER, a Delaware corporation, and SUSAN GREGG RENFREW, an individual,<br><br>　　　　　　　　　　　　Defendants. | Case No. 24-cv-00556 (PJS/TNL)<br><br>**DECLARATION OF PAMELA ABBATE DATTILO IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** |

I, Pamela Abbate Dattilo, declare as follows, pursuant to Federal Rule of Civil Procedure 55(a):

　　　　1.　　　I am an attorney with the law firm CrossCastle PLLC, representing Plaintiffs in the above-captioned matter.

1

2. On October 25, 2023, Defendant Counter Brands, LLC d/b/a Beautycounter ("Counter Brands, LLC") was served with the Summons and Complaint which initiated this lawsuit. (Ex. 1.)

3. On January 22, 2024, Defendant Counter Brands, LLC was served with the First Amended Complaint which was filed in Carver County District Court of the State of Minnesota after counsel for Defendant Counter Brands, LLC had appeared in the case, and the First Amended Complaint asserted claims to relief for a class. (Ex. 2; Dkt. 1-6.)

4. On February 21, 2024, Counter Brands, LLC and The Carlyle Group filed a notice of removal to this Court (Dkt. 1) and filed a motion to dismiss/compel arbitration.

5. Counter Brands, LLC claims to have dissolved and changed its status to "voluntarily canceled" on April 26, 2024, with the Delaware Department of State: Division of Corporations. (Ex. 3.)

6. Counsel for Counter Brands, LLC filed a motion to withdraw on May 2, 2024, representing that Counter Brands, LLC was winding down its business, was not able to pay legal fees, consented to the withdrawal, and was notified of the risk of default judgment. (Dkt. 27.)

7. That motion to withdraw was granted on May 16, 2024, by an Order of this Court. (Dkt. 37, the "Order".)

8. The Court's Order stated that Counter Brands, LLC's "[f]ailure to obtain new counsel may result in entry of default judgment against it." (Order at 4 (citing *Forsythe v. Hales*, 255 F.3d 487, 490 (8th Cir. 2001).)

9. This Court ordered that "[a]s it may not appear without counsel, Defendant Counter Brands, LLC must secure counsel no later than May 31, 2024, and counsel must enter an appearance forthwith." (Order at 5.)

10. Defendant Counter Brands, LLC has failed to retain or appear by new counsel in this action as ordered by the Court.

11. The Court further ordered Mark Johnson and Amran Farah of Greene Espel

PLLP; and David Schindler, Melanie Blunschi, Andrew Clubok, and Gregory Swartz of Latham & Watkins LLP to "file an affidavit with the Court no later than May 31, 2024, detailing their efforts to serve Defendant Counter Brands, LLC with this Order" including "in the affidavit Defendant Counter Brands LLC's current contact information." (Order at 1, 5.)

12. Counsel from Latham & Watkins, Melanie M. Blunschi, filed a certification of serving a copy of the Court's Order on Counter Brands, LLC by first class mail and by email to an assignee for Counter Brands, LLC: Sherwood Partners stating that Counter Brands, LLC "no longer ha[d] any personnel." (Dkt. 37 at 1.)

13. Sherwood Partners was identified by counsel from Latham & Watkins as "the assignee for Counter Brands, LLC." (Dkt. 37.)

14. Plaintiffs served Counter Brands, LLC with the Second Amended Complaint and Summons by substituted service leaving copies of the Second Amended Complaint and Summons with Carissa K. at Sherwood Partners, 3945 Freedom Circle Ste 560, Santa Clara, CA 95054 on July 22, 2024. (Proof of Service, Dkt. 94.) This followed multiple unsuccessful attempts to serve Counter Brands, LLC at this address (which is the address for the registered agent for Counter Brands (assignment for the benefit of creditors), LLC, per the California Secretary of State).

15. Plaintiffs additionally served Counter Brands, LLC with the Second Amended Complaint and Summons by first class mail to the registered agent for Counter Brands (assignment for the benefit of creditors), LLC and the registered agent for Sherwood Partners, Michael Maidy. (Dkt. 94.)

16. Plaintiffs further emailed a copy of the Summons and Second Amended Complaint to selattar@sherwoodpartners.com (the individual at Sherwood Partners identified by former counsel for Counter Brands, LLC in Certificate of Service Dkt. 37) and on mmaidy@sherwoodpartners.com (the registered agent for Counter Brands (assignment for the benefit of creditors), LLC and Sherwood Consulting (Delaware), LLC) on August 21, 2024.

3

17. Counter Brands, LLC has been served with the Complaint, the First Amended Complaint, and the Second Amended Complaint in this action.

18. Counter Brands, LLC has failed to defend this action by failing to engage counsel by May 31, 2024.

19. Counter Brands, LLC has failed to defend this action by failing to file responsive pleadings to either the First Amended Complaint or the Second Amended Complaint.

I declare under the penalty of perjury that the foregoing is true and correct,

Respectfully submitted,　　　　　　　　　　/s/     *Pamela A. Dattilo*
Dated: August 22, 2024　　　　　　　　　　Pamela A. Dattilo

# EXHIBIT 1

# Affidavit of Process Server

IN THE FIRST JUDICIAL DISTRICT COURT, CARVER COUNTY, MINNESOTA

| JENNIFER SHAWGO, ET AL. | VS | COUNTER BRANDS, LLC d/b/a BEAUTYCOUNTER, ET AL. | 10-CV-23-1035 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I, **GILBERT DEL VALLE**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 10/24/2023

**Service:** I served **COUNTER BRANDS, LLC d/b/a BEAUTYCOUNTER**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS IN A CIVIL CASE; COMPLAINT AND JURY DEMAND; CIVIL COVER SHEET; CERTIFICATE OF REPRESENTATION AND PARTIES; LETTER DATED OCTOBER 17, 2023;

by leaving with **ROBIN HUTT-BANKS (MANAGING AGENT)** At
NAME                                           RELATIONSHIP

☐ Residence
ADDRESS                                  CITY / STATE

☒ Business  **C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE ST., WILMINGTON, DE 19801**
ADDRESS                                  CITY / STATE

On **10/25/2023** AT **10:30 AM**
DATE                                     TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
from _____
DATE
CITY     STATE     ZIP

**Manner of Service:**
☒ CORPORATE
☐ Personal: By personally delivering copies to the person being served.
☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.
☐ Non-Service: After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
                                              DATE TIME      DATE TIME
(3) _____ (4) _____ (5) _____
DATE TIME      DATE TIME      DATE TIME

AGE **55**   Sex **FEMALE**   Race **BLACK**   Height **5'5**   Weight **150**   HAIR **BLACK**

_signature_

SUBSCRIBED AND SWORN to before me this **25TH** day of **OCTOBER**, 2023.

GILBERT DEL VALLE

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on July 26, 2026

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of **DELAWARE**

# Affidavit of Process Server

IN THE FIRST JUDICIAL DISTRICT COURT, CARVER COUNTY, MINNESOTA

| JENNIFER SHAWGO, ET AL. | VS | COUNTER BRANDS, LLC d/b/a BEAUTYCOUNTER, ET AL. | 10-CV-23-1035 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

GILBERT DEL VALLE being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 10/24/2023

**Service:** I served THE CARLYLE GROUP, INC.
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS IN A CIVIL CASE; COMPLAINT AND JURY DEMAND; CIVIL COVER SHEET; CERTIFICATE OF REPRESENTATION AND PARTIES; LETTER DATED OCTOBER 17, 2023;

by leaving with ROBIN HUTT-BANKS (MANAGING AGENT)

☐ Residence
☒ Business   C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE ST., WILMINGTON, DE 19801

On 10/25/2023 AT 10:30 AM

Thereafter copies of the documents were mailed by prepaid, first class mail on _____ from _____

**Manner of Service:**
☒ CORPORATE
☐ Personal: By personally delivering copies to the person being served.
☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.
☐ Non-Service: After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____ (3)_____ (4)_____ (5)_____

AGE 55   Sex FEMALE   Race BLACK   Height 5'5   Weight 150   HAIR BLACK

SUBSCRIBED AND SWORN to before me this 25TH day of OCTOBER, 2023.

GILBERT DEL VALLE

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on July 26, 2026

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of DELAWARE

# EXHIBIT 2

# Case # 10-CV-23-1035 - Jennifer Shawgo, Jennifer Shawgo BC LLC,

## Envelope Information

| | | |
|---|---|---|
| **Envelope Id** | **Submitted Date** | **Submitted User Name** |
| 28695567 | 1/22/2024 8:34 PM CST | kenya.holderbecker@crosscastle.com |

## Case Information

| | | |
|---|---|---|
| **Location** | **Category** | **Case Type** |
| Carver County | Civil | Contract |
| **Case Initiation Date** | **Case #** | |
| 10/17/2023 | 10-CV-23-1035 | |

## Filings

| | |
|---|---|
| **Filing Type** | **Filing Code** |
| EFileAndServe | Complaint-Civil |

**Filing Description**
Plaintiffs' First Amended Complaint

| | |
|---|---|
| **Client Reference Number** | **Comments to Court** |
| 231205 | Public |
| **Filing Status** | **Accepted Date** |
| Accepted | 1/23/2024 9:06 AM CST |

## Document

| File Name | Description | Security | Download |
|---|---|---|---|
| 2024.01.22 Plaintiffs First Amended Complaint - Class Action.pdf | Complaint-Civil | Public 1 | Original File<br>Court Copy |

## eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Pamela Abbate Dattilo | CrossCastle PLLC | Yes | Not Opened |
| Sent | Pamela Abbate Dattilo | CrossCastle PLLC | Yes | 1/22/2024 8:47 PM CST |
| | Abbate Dattilo | CrossCastle PLLC | Yes | Not Opened |

○ Support

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Pamela Abbate Dattilo | CrossCastle PLLC | Yes | Not Opened |
| Sent | Tara Kennedy | CrossCastle PLLC | Yes | Not Opened |
| Sent | Kenya Holderbecker | CrossCastle PLLC | Yes | 1/22/2024 8:36 PM CST |
| Sent | Mark L Johnson | Greene Espel PLLP | Yes | 1/22/2024 8:36 PM CST |
| Sent | Amran A. Farah | Greene Espel PLLP | Yes | 1/22/2024 8:37 PM CST |
| Sent | Margo Danielle Scott | Greene Espel PLLP | Yes | 1/23/2024 12:38 PM CST |
| Sent | Alethea M. Huyser | Fredrikson & Byron, P.A. | Yes | Not Opened |

# Parties with No eService

**Name**  
The Carlyle Group Inc.

**Address**

# Fees

## Complaint-Civil

| Description | Amount |
|---|---|
| Filing Fee | $0.00 |
| **Filing Total:** | **$0.00** |

Total Filing Fee  $0.00

**Envelope Total:** $0.00

| | |
|---|---|
| **Transaction Amount** | $0.00 |
| **Transaction Id** | 29264849 |
| **Filing Attorney** | PAMELA ABBATE |
| **Transaction Response** | Authorized |

**Order Id**

© 2024 Tyler Technologies  
Version: 2022.0.6.10027

# EXHIBIT 3

Logout

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

View Search Results

## Entity Details

| | | | |
|---|---|---|---|
| File Number: | 5124662 | Incorporation Date / Formation Date: | 3/13/2012 (mm/dd/yyyy) |
| Entity Name: | COUNTER BRANDS, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | State: |
| Status: | **Voluntarily Cancelled** | Status Date: | **4/26/2024** |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

[Back to Entity Search]   [Email Status]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov