# UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Jennifer Shawgo, Jennifer Shawgo BC LLC, Molly Bjornlie, Molly Bjornlie, LLC, Ayesha Dawley, Dawley, LLC, Caity Pike,<br><br>                                Plaintiffs,<br>v.<br><br>Counter Brands, LLC, Carlyle Group Inc., The, Counter Brands, Inc., G2G Newco, Inc., Susan Gregg Renfrew,<br><br>                                Defendants. | **CLERK'S ENTRY OF DEFAULT**<br><br>Case Number:  24-cv-556 PJS/TNL |

It appearing that defendant Counter Brands, LLC d/b/a Beautycounter, is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiffs, Jennifer Shawgo, Jennifer Shawgo BC LLC, Molly Bjornlie, Molly Bjornlie, LLC, Ayesha Dawley, Dawley, LLC, Caity Pike,

    DEFAULT IS HEREBY ENTERED against Counter Brands, LLC d/b/a Beautycounter,

                                                                           KATE M. FOGARTY, CLERK

Date: 8/26/2024