IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JENNIFER SHAWGO, an individual, JENNIFER SHAWGO BC LLC, a Minnesota limited liability company, MOLLY BJORNLIE, an individual, MOLLY BJORNLIE, LLC, a Minnesota limited liability company, AYESHA DAWLEY, an individual, DAWLEY, LLC, a Minnesota limited liability company, CAITY PIKE, an individual, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>COUNTER BRANDS, LLC d/b/a BEAUTYCOUNTER, a California limited liability company, THE CARLYLE GROUP INC., a Delaware corporation, COUNTER BRANDS, INC. d/b/a BEAUTYCOUNTER, a Delaware corporation, G2G NEWCO, inc. d/b/a BEAUTYCOUNTER, a Delaware corporation, and SUSAN GREGG RENFREW, an individual,<br><br>      Defendants. | Case No. 24-cv-00556 (PJS/TNL)<br><br>**ORDER ON STIPULATION TO CONSOLIDATE AND EXTEND BRIEFING SCHEDULE ON DEFENDANTS' PENDING MOTIONS** |

i

Based upon Plaintiffs' and Defendants' Joint Stipulation to Consolidate and Extend Briefing Schedule on Defendants' Pending Motions [ECF No. 109], IT IS HEREBY ORDERED:

1. Plaintiffs' **consolidated** Memorandum of Law in Opposition to both of Defendants' Motions of **20,000 words** or less must be filed on or before **August 29, 2024**.

2. Carlyle and the Other Defendants must file their Reply Memorandums of Law on or before **September 20, 2024**.

Dated: August 26, 2024

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Court Judge