# EXHIBIT A

# Business Record Details »

Minnesota Business Name
**Counter Brands, LLC**

**Business Type**
Limited Liability Company (Foreign)

**MN Statute**
322C

**File Number**
1324215900023

**Home Jurisdiction**
Delaware

**Filing Date**
8/1/2022

**Status**
Inactive

**Renewal Due Date**
12/31/2023

**Registered Office Address**
1010 Dale Street N
Saint Paul, MN 55117
USA

**Registered Agent(s)**
CT Corporation System Inc.

**Home Business Name**
Counter Brands, LLC

**Principal Place of Business Address**
1733 Ocean Ave
Suite 400
Santa Monica, CA 90401
USA

**Filing History**

# Filing History

Select the item(s) you would like to order: Order Selected Copies

|  | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 8/1/2022 | Original Filing - Limited Liability Company (Foreign) (Business Name: Counter Brands, LLC) |  |

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 2/22/2024 | Revocation - Limited Liability Company (Foreign) | |

© 2024 Office of the Minnesota Secretary of State - **Terms & Conditions**

The Office of the Secretary of State is an equal opportunity employer

✉ **Subscribe for email updates!**
**Vulnerability Disclosure**