UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JENNIFER SHAWGO, an individual; JENNIFER SHAWGO BC LLC, a Minnesota limited liability company; MOLLY BJORNLIE, an individual; MOLLY BJORNLIE, LLC, a Minnesota limited liability company; AYESHA DAWLEY, an individual; DAWLEY, LLC, a Minnesota limited liability company; and CAITY PIKE, an individual; on behalf of themselves and all others similarly situated,

Plaintiffs,

v.                                                                                                            24-cv-0556 PJS/DTS

COUNTER BRANDS, LLC, a California limited liability company doing business as Beautycounter; THE CARLYLE GROUP INC., a Delaware corporation; COUNTER BRANDS, INC., a Delaware corporation doing business as Beautycounter; G2G NEWCO, INC., a Delaware corporation doing business as Beautycounter; and SUSAN GREGG RENFREW, an individual,

Defendants.

## COST JUDGMENT

The costs of the Defendants, Counter Brands, Inc., G2G Newco, Inc., and Susan Gregg Renfrew, have been taxed and allowed by the Clerk of this Court against the Plaintiffs, Jennifer Shawgo, Mollie Bjornlie, Ayesha Dawley, Caity Pike, and their respective LLCs, as follows:

|  | | **Claimed** | **Allowed** |
|---|---|---|---|
| Fees of the Clerk | | $200.00 | $200.00 |
| Fees for Transcripts | | $1,761.00 | $1,761.00 |
| Fees for Copies | | $296.73 | $0.00 |
| | Total | $2,257.73 | $1,961.00 |

Costs, therefore, are taxed against the Plaintiffs, Jennifer Shawgo, Mollie Bjornlie, Ayesha Dawley, Caity Pike, and their respective LLCs, in the amount of $1,961.00 and judgment is entered accordingly. Motion for review of the Clerk's decision may be made within 7 days hereafter in accordance with Local Rule 54.3(c).

Dated at St. Paul, Minnesota, on July 3, 2025.

                                            KATE M. FOGARTY, CLERK

                                            By: s/ M. Vicklund

                                            M. Vicklund
                                            Deputy Clerk